UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>        Plaintiff,<br><br> v.<br><br>UNITED STATES ATTORNEY GENERAL, *et al.*,<br><br>        Defendants. | Case No. MC10-54-MJP<br><br>ORDER OF DISMISSAL |

  The Court, having reviewed plaintiff's proposed complaint, the Report and Recommendation of United States Magistrate Judge James P. Donohue, Plaintiff's Objections to the Report and Recommendation of the U.S. Magistrate Judge, and the remaining record, does hereby ORDER:

  (1) The Court adopts the Report and Recommendation;

  (2) Because plaintiff has already filed three *in forma pauperis* applications and proposed civil actions this year, his *in forma pauperis* application is DENIED.  *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992) (bar order);

  (3) Plaintiff's proposed admiralty complaint is DISMISSED; and

  (4) The Clerk shall close this case and send a copy of this Order to plaintiff and to Judge Donohue.

ORDER OF DISMISSAL - 1

1   ///

2        DATED this _17th_ day of ____May_____, 2010.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 2