# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

      Plaintiff,

    v.

UNITED STATES ATTORNEY GENERAL, et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   MC10-54-MJP

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The Report and Recommendation is adopted and approved.  Plaintiff's *in forma pauperis* application is DENIED and his proposed admiralty complaint is DISMISSED.

    Dated this \_17th\_ day of \_\_\_May\_\_, 2010.


                            BRUCE RIFKIN
                                  Clerk


                    \_/s/ Mary Duett _____
                    Deputy Clerk